AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN WILLIAM STOREY,

          Plaintiff,

          v.

CHELAN COUNTY, a municipal corporation, et al.,

          Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-0162-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all Defendants are awarded judgment on the federal claims asserted against them pursuant to the Order Re Summary Judgment Motion, Ct. Rec. 44, entered on April 26, 2011.

| | |
|---|---|
| 4/26/11 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |